| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MCCALLA, JON P. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>5/31/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>167 N. MAIN STREET<br>11TH FLOOR<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUN -2 A 11: 03 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/31/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | MCCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/31/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. ▓▓▓▓ FARMS, SHELBY CO, TN | A | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. FARM LAND #1, SHELBY COUNTY, TN 12/16/94 | A | Rent | K | Q | | | | | |
| 5. FARM LAND #2, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 6. FARM LAND #3, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | L | T | | | | | |
| 8. IRA-WELLS FARGO-FIRST EAGLE SOGEN FDS INC GLOBAL FD CL A | B | Dividend | M | T | | | | | |
| 9. IRA-WELLS FARGO-AMERICAN FUNDS-NEW PERSPECTIVE | A | Dividend | K | T | | | | | |
| 10. IRA-WELLS FARGO-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 11. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 12. AMERICAN FUNDS-AMERICAN GROWTH FUND | | None | | | Sold | 12/23/09 | J | | |
| 13. AMERICAN FUNDS-INVESTMENT CO OF AMERICA | A | Dividend | K | T | | | | | |
| 14. AMERICAN FUNDS-AMERICAN NEW PERSPECTIVES FUND | A | Dividend | K | T | | | | | |
| 15. FRACTIONAL INTERESTS IN FARM LAND, SHELBY CO., TN | A | Rent | K | W | | | | | |
| 16. FRACTIONAL INTEREST IN FARM LAND, INHERITED, SHELBY CO, TN | A | Rent | L | W | | | | | |
| 17. IRA-WELLS FARGO-INVESCO AIM-AIM CONSTELLATION FD CL A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA-WELLS FARGO-AMERICAN FUNDS-AM GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 19. IRA-WELLS FARGO-CALAMOS INVT TR - NEW GROWTH FUND CL C | | None | J | T | Sold (part) | 10/08/09 | L | | |
| 20. PUTNAM INVT FUNDS- MID CAP VALUE FD CL C | | None | | | Sold | 10/30/09 | K | | |
| 21. CALAMOS INVT TR NEW GROWTH FUND CL C | | None | | | Sold | 10/30/09 | K | | |
| 22. ING FUNDS- INTL VALUE FUND CL C | A | Dividend | | | Sold | 10/30/09 | K | | |
| 23. IRA-WELLS FARGO-VAN KAMPEN FD-VAN KAMPEN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 24. IRA-WELLS FARGO-AMERICAN FUNDS-GROWTH FUND OF AMERICA | A | Dividend | L | T | | | | | |
| 25. IRA-WELLS FARGO-DISCOVER BK CD | A | Interest | | | Sold | 01/30/09 | J | | |
| 26. IRA-WELLS FARGO-ALLSTATE LIFE INS T-LINK ANNUITY | C | Interest | M | T | | | | | |
| 27. GROWTH FUND OF AMERICA | | None | | | Sold | 12/23/09 | K | B | |
| 28. COMMERCIAL REAL ESTATE-MEMPHIS, TN | F | Rent | N | R | | | | | |
| 29. IRA-WELLS FARGO-GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 30. IRA-WELLS FARGO-PIMCO FUNDS-PAC INVT MGMT COM REAL RET STRAT | B | Dividend | K | T | | | | | |
| 31. IRA-WELLS FARGO-HOTCHKIS & WILEY FD- LRG CAP VAL FDS CL C | A | Dividend | K | T | | | | | |
| 32. PUTNAM FUNDS-PUTNAM FLOATING RATE INCOME FD CL C | B | Dividend | K | T | | | | | |
| 33. IRA-WELLS FARGO-HOTCHKIS & WILEY fd- LRG CAP VALUE | A | Dividend | L | T | | | | | |
| 34. HOTCHKIS & WILEY FD -LRG CAP VALUE FUNDS CL C | A | Dividend | | | Sold | 08/18/09 | K | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/31/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA-WELLS FARGO-NUVEEN- NUVEEN TRADEWINDS VALUE OPP FD CL C | A | Dividend | K | T | | | | | |
| 36. IRA-WACHOVIA-CASH | A | Interest | K | T | | | | | |
| 37. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | J | T | | | | | |
| 38. IRA-WELLS FARGO-ALLIANCE BERNSTEIN INVT- INTL VALUE CL C | A | Dividend | J | T | | | | | |
| 39. IRA-WELLS FARGO-CALAMOS INVT TR - MARKET NEUTRAL FD CL C | A | Dividend | K | T | | | | | |
| 40. IRA-WELLS FARGO -MUNDER FDS- INC GWTH MID-CAP CORE GWTH CL A | A | Dividend | J | T | | | | | |
| 41. IRA-WELLS FARGO-RYDEX SERIES FUNDS-MANAGED FUTURES STRATEGY | A | Dividend | K | T | | | | | |
| 42. IRA-WELLS FARGO-CALAMOS INVT TR NEW CONVERTIBLE FUND | A | Dividend | K | T | Buy | 10/07/09 | K | | |
| 43. SHS TRUSTMARK BANK COMMON | A | Dividend | J | T | Buy | 03/06/09 | J | | |
| 44. AMERICAN FUNDS-TAX EXEMPT BOND FUND CL C | A | Interest | K | T | Buy | 10/07/09 | K | | |
| 45. AMERICAN FUNDS-TAX EXEPMT BOND FUND CL A | A | Interest | J | T | Buy | 10/07/09 | J | | |
| 46. CALAMOS INVT TR NEW CONVERTIBLE FUND | A | Dividend | K | T | Buy | 10/30/09 | K | | |
| 47. ING FUNDS INTERMEDIATE BOND FUND | A | Int./Div. | K | T | Buy | 10/30/09 | K | | |
| 48. IRA-WELLS FARGO-CALAMOS MARKET NEUTRAL FD CL C | A | Dividend | K | T | Buy | 10/07/09 | K | | |
| 49. PUTNAM DIVERSIFIED INCOME TR | B | Dividend | K | T | Buy | 10/30/09 | K | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P. | 5/31/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ▮▮▮▮▮ FARMS, SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE, DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN FARM LAND AND AN UNDIVIDED 1/12 INTEREST IN FARM LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DATED 11/28/94.

SCHEDULE VII, LINE 15
FRACTIONAL INTERESTS IN FARM LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 16
FRACTIONAL INTEREST IN FARM LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 28
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544